# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–3 | User: admin | Date Created: 4/9/2026 |
| Case: 26–03011–pes | Form ID: 613 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla          Redevelopment Commission of the City of South Bend, Indiana

TOTAL: 1