

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA

| | | | |
|---|---|---|---|
| Fort Wayne Division<br>1300 South Harrison St.<br>Room 1188<br>Fort Wayne, IN 46802 | South Bend Division<br>401 South Michigan Street<br>South Bend, IN 46601 | Hammond Division<br>5400 Federal Plaza<br>Room 2200<br>Hammond, IN 46320 | Phone: (574) 968-2265<br>www.innb.uscourts.gov |

Amber E. Craig
Clerk of Court

April 9, 2026

Redevelopment Commission of the City of South Bend, Indiana
227 W Jefferson Blvd.
11th Floor
County City Building
South Bend, IN  46601

Re:    Adversary Proceeding #26-03011-pes
Redevelopment Commission of the City of South Bend, Indiana

V.

Matthews 350 E LaSalle, LLC DMTM, Inc.; and Matthews LLC, Commerce Center
Development, LLC and Commerce Center Development, LLC


Dear:  Redevelopment Commission of the City of South Bend, IN :

Regarding the above adversary proceeding, you will find enclosed one copy of
the Summons to serve pursuant to Federal Rule of Bankruptcy Procedure 7004.

Sincerely,

Amber E. Craig, Clerk of Court

By: _____
Melanie Dalie, Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### South Bend Division

| | |
|---|---|
| In Re:  Matthews 350 E LaSalle LLC<br>Debtor | )<br>)<br>)Case No.: 26–30288–pes<br>)Chapter 11 |
| Redevelopment Commission of the City of South Bend,<br>Indiana<br>Plaintiff(s)<br><br>v.<br><br>Matthews 350 E LaSalle, LLC DMTM, Inc.; and Matthews<br>LLC, Commerce Center Development, LLC and<br>Commerce Center Development, LLC<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adv. Proc. No. 26–03011–pes |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk, U.S. Bankruptcy Court
401 South Michigan Street
South Bend, Indiana 46601

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Redevelopment Commission of the City of South Bend, Indiana

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date of issuance:
April 9, 2026 .

/s/ Amber E. Craig
_____
Clerk, United States Bankruptcy Court

Document No. 2

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

_____ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

_____ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following adult at:

_____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

_____ Publication: The defendant was served as follows: (Describe briefly)

_____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Date

_____
Signature

| Print Name |
|---|
| Business Address |
| City, State, Zip |