Audio Transcription

AUDIO RECORDING

David Matthews Promo

(888) 893-3767                    Lexitas operates in all 50 states and is licensed where required
www.lexitaslegal.com              Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

Audio Transcription

MR. MATTHEWS:  For people who don't know me, my name is David Matthews.  I'm a local real estate developer here in South Bend.  In my 40s, I have a 3-year-old and a 7-year-old.  Maybe 15 to 20 years ago, I started doing real estate development and quickly shifted to have a focus on how to make South Bend a vibrant, lively urban center.

I grew up in South Bend, right, went to Tarkington Elementary School, Edison Middle School, and Adams High, graduated in 2000, and then went down to West Lafayette, Purdue, for an undergrad and master's in industrial engineering.  Started and stopped a PhD program, traveled a lot, did a study abroad, made it to about 50 countries.

Came back to South Bend after interning for the Walt Disney Corporation, for the Department of Defense, had a top security clearance, and then moved back to South Bend to try and figure out how do I, you know, do a small business and what is it that I wanted to do.  So, then I shadowed business guys.

And after a few years of that, I had, I think, like four to five thousand contacts my phone.  So if I needed to build something or get a painter in or a drywaller, I, you know, had a dozen people I could call.  And then that kind of transitioned into doing real

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

estate development.  So I was like, I flipped some houses.  I, you know, done some contracting.

And what was more interesting to me is if we took a section of downtown South Bend that was mostly parking lots and said, oh, instead of buying a parking lot and building an office building and having a retention pond with some swans whose wings are clipped so they can't fly away, and you drive up to it and it looks good and then you leave.

Let's focus on urban infill development where we actually care more about the building across the street than we do about our building.  Like, when you go into your office, and you're on the third floor, you don't know what the outside of your building looks like, but you're looking all day at the building across the street, and so if that looks bad, you suffer.

And so it's more important to control the street than is to control the block.  And so I went in, I bought some land, and we started doing development where we could build beautiful, timeless architecture. And because we owned the building or the land across the street, we knew one day we'd build there, and we were building our view by making this neighborhood just delightful.

I picked South Bend because South Bend

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

has better cultural institutions, right?  The symphony, the art museum, the Civic Theater, the Morris.  Like, there are places you can go where it's, it's fun, it's interesting.  There's culture that the other towns in our region lack.  And so South Bend has more poor people.

They also have more really rich people.  And so you have more diversity, more variety.  And like, you know, that's better.  We don't want a neighborhood that you get sometimes in Grange, where, like, you know, $300,000 homes that are 30 percent brick , and that's the minimum build for the neighborhood.  And when your kids move out of the house, they can't afford to buy that house or went down the streets.

Now they're three, you know, subdivisions over.  And, you know, people move, and because every time they change socioeconomically, they get a new neighborhood, it ends up being transient.  What I wanted to do was to create a neighborhood where you could be rich, poor, young, old, married, divorced, empty nesting, coupled up, shacking up, roommates.  And if you can live in that same neighborhood for 90 years, that's true stability.

So how do we build that and create that from the ground up?  And so we do things like the

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

townhomes that are right across the Morris-on-the-River, Colfax in the River.  One of them says.  We heart SB. Those started for $180,000.  And you could buy two stories, you could add a basement, you could add a third floor.  Luckily, everyone did.

Otherwise, it probably wouldn't have looked as nice.  And, and we sold the first market-rate townhomes or houses in this neighborhood in my lifetime in 30 or 40 years.  We then went and built townhomes across the Emporium.  Those started at $240,000 to over 800, 3-to-1 ratio.  And if you look at them today, a decade later, you can't tell which one is three times more than the other one.

But if you went to a subdivision and said, "Oh, here's a 7 or $800,000 subdivision.  I'm going to build a $200,000 house."  They won't let you. But we can do that in a vibrant urban center.  And we can have that variety of housing types.  We can have apartments, we can have, you know, low-moderate income.

And if we do it right, it works incredibly well.  300 East Lasalle is this beautiful 144-unit apartment building in downtown South Bend.  At the time, even today, it's the biggest complex built in downtown in 40-some years.  And by apartment complexes, it's the biggest or new in downtown South Bend.  But

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

it's the -- it's small at the county level, right?

There's complexes with 1,600 units in them.  We built the East Bank townhomes, six, you know, houses in downtown South Bend.  Then we did 10 across the street from the old Emporium restaurant on Niles.  Then we're going to do -- then somebody else did like a 16-unit development, and then somebody else did like a 30-unit development.

And we were going to do something like 60 units.  But then the state had this regional cities initiative, and they said, "Oh, if you do a big project, we'll give you 5 to 10% or 10 to 20% of the project cost, but it has to be matched locally."  So, you know, our region was awarded $42 million, which was huge.  And this project that we submitted got picked.

And so now we had to leapfrog what we plan to build, really stretch.  And I think the commitment was we had to build a $27 million, 125-unit complex.  We ended up building a $52 million, 144-unit complex through COVID.  And it was exhausting and ridiculous, but we get the project done.  And the tax assessor at the time said that we were 38% complete in January and 100% complete in March.

And what that did is it stripped away half of our incentives from the city.  And so what we

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

thought was a 10-year tax abatement became a third of a tax abatement.  And we appealed it, and we went to the city to try to get them to fix it.  The administration fought us heavily against it.  A couple of city council members fought strongly in favor of it.

We had a public hearing where there was maybe 10 or 12 letters of remonstration, and I think six people spoke against it.  And there's 115-120 letters of support.  I think 40 people spoke in favor.  There's probably 60 or 70 people in the audience in favor who didn't all speak.  And at that time, Mayor Mueller was texting and communicating with, you know, his majority of the city council and got his votes locked in, and they voted it down.

But that was the only project that the city did not give an extension to.  So you had projects like the Aloft Hotels.  I think they started like eight years after they should have been done.  They got an extension, the Cascade project across the street; they built one building out of three.  They didn't build their second or third buildings.  They were supposed to be done.  They hadn't started.  They got an extension.

So we were stuck with this $700,000 tax bill that we couldn't pay.  And finally, in May of the next year, in '25, the state of appeal finally had its

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

time in court, and they agreed that we had 95% of the building done in January, and they retroactively reinstated 95% of our tax abatement.  One of the things we had to do with the project, besides build 100-some apartments and spend so much money, is we had to build a grocery store and pharmacy.

We didn't have to operate them or even make sure they opened, but our contract with the city said you had to build them.  The city sued me because the grocery store wasn't opened on time.  The building was built.  We got the big thing done, the 330,000 square foot, $52 million building.  That's almost $20 million more than we had to spend.  And they're right, we didn't build a grocery store.

We, we had a notice and meetings with the city.  They had plans to remove the street in front of the grocery store, and they were supposed to have that done by, I think, December or January of the next year.  And they didn't do it.  So they have this plan to remove this street for six months and then put a new street in.  And that was going to happen three months after we were supposed to open.  I'm in this for the long run.

I don't want to build a grocery store, have food on the shelves for three months, have it shut down for six months, and then try to open again.  I

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

mean, all the inventory would be ruined.  So we did what we thought was logical, which is delay the grocery store until after the road's done.  And we communicated that with the city, but they didn't care.  Or they cared, but that wasn't changing what they were doing.

And so they sued us.  They then eventually, you know, a year later, they removed the street and the street was gone.  It was just dirt.  The sidewalk was gone.  If you lived across the street at the Point, the Point apartments, they have 202 units. You'd think that they could cross the street to the grocery store, but they couldn't because there's a steel barricade blocking them and one lane of pretty fast traffic moving westbound.

And so if you're at the Point and you wanted to walk or drive to the grocery store, you'd have to do a seven-block detour.  Makes no sense.  They said we had access; we didn't have access.  So we waited. Three weeks after the road was done, the East Race Market opened up.  It's been open for two and a half years, give or take, and people love it.

The 300 East Lasalle Project is financially successful, with the exception that three and a half years ago, the city of South Bend launched this lawsuit for the grocery store not being open.  The

(888) 893-3767          Lexitas operates in all 50 states and is licensed where required
www.lexitaslegal.com        Nevada Registration #116F  -  California Firm Registration #179

Exhibit 1

grocery store opened when the street was done, but the lawsuit is still ongoing.  Now, in lawsuits, like, there's a discovery phase where you send documents back and forth.

There's a deposition phase for you get to be like, oh, let's ask each other questions under oath.  So we could ask Mayor Mueller to sit down under oath and answer questions because he was head of community investment at the time.  And then we get to trial and let the judge decide, you know, what's fair.  After three years, the city finally was almost done with trading documents back and forth.

They decided to sue some other of my entities, bring them into the lawsuit, which reset the clock during this process.  We can't refinance our building because I can't get a new loan with this pending litigation from the city.  It took three years last time.  How long will it take this time?  We don't know.  So how do we protect ourselves?  Where can we go for help?  This is, you know, the county, state courts.  So we go to the feds.

So we filed for a Chapter 11 bankruptcy reorganization, not a liquidation, bankruptcy protection to force the city to justify their damages.  Because they're saying that they gave me $5 million to build

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

this building.  Because I opened the grocery store late, they want $7.5 million dollars back.  And they want to keep the tax base for the building and the income tax from people living there.  They want to have their cake and eat it too.  That's not fair.

Why does it feel like the city's picking on me?  The problem is, seven years ago, I ran for city council.  It was an open seat.  Joe Broad and the previous city councilwoman, who voted against this project seven times, decided not to run again.  Maybe we need an engineer, business person on the council.  I'll, you know, do more public service and, like, sign up.  And I ran campaign for the first time.

A guy who was running at large, Troy Warner, decided to run into the same district.  So he switched, and Joe Broad and the previous city councilwoman endorsed him.  He's politically well-connected, and he won by 140 votes out of 3,000.  So for a person who did nothing, had no political experience, this was amazing.  Like, hey, we had a good go, we didn't win, and everything was fine until about three and a half years later.

After that election, Troy Warner is now on the Redevelopment Commission on TV talking about how a community like South Bend needs to hold their

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

developers accountable, but really just singling out me. And then right around, like, maybe within a week of when it's time to declare if you're going to run for city council or not, the Redevelopment Commission, with Troy Warner on it, sues me and drag starts dragging my name through the mud, saying things like, oh, they're going to sue Dave Matthews for not building a commercial building in the corner of Jefferson and Niles.

They told the Tribune.  I get a call from the Tribune asking for a comment.  I don't know what they're talking about.  I get on the city's website, and I go to their meeting minutes from when we finished the River Race townhomes, and they have, like, Dave Varner saying that this project turned out better than expected, that the development agreement prohibited him from getting a tax payment.

But that was just for the townhomes that were built, not for any potential commercial on the corner that we don't think is viable today.  But if he could develop it later, we want to make sure that it's clear that he could pursue a tax payment for it.  It's in their meeting minutes on their website, and yet they publish, published this false information.

And then people remember it and say, oh, he didn't build on the corner there.  It was like, no, I

(888) 893-3767          Lexitas operates in all 50 states and is licensed where required          LEXITAS
www.lexitaslegal.com          Nevada Registration #116F  -  California Firm Registration #179

Exhibit 1

didn't, and I didn't have to.  A new administration, you know, a decade later, is trying to rewrite history and say that we didn't do what we were supposed to do.  And we have the certificate of completion.  And, and so we see these stories that the city has pushed out over the years, where they, they tell a half story.  They, they just lie.

And, and there's no accountability.  Part of the reason why we're here today is to try and correct that narrative that's in the public of here are the things we've done and that we continue to do because we care.  Because I love this town.  I love South Bend.  I, I live in downtown South Bend with my family.

We could move away.  We choose to stay here because this is home, and we're fighting for it.  We're trying to make it a great, vibrant, lively, urban center neighborhood that, where, where raising our kids in.  We want other people to bring their families in.  We've built beautiful, timeless, durable, constructed homes and apartments and office and retail, and restaurant spaces.

But, like, yeah, there's, there's projects that didn't go as planned.  Real estate development's risky, right?  We, we pull money, we raise money from investors, we put our own money into it, we

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Exhibit 1

Audio Transcription

design, and then try to build a product, a home, an office for people to use. And if it works, it makes good money. And when it doesn't work, it costs a fortune. And we need groups to build these buildings so that we can take the vacant parking lots in South Bend and make it feel like a city again.

And so we, we need a city that understands there's challenges to development. It doesn't always go smoothly. You can't control for all these variables. And the city's done a decent job with other projects of giving them extensions. In fact, when we looked at it, 16 projects got extensions during COVID. All the projects that asked for extensions got extensions except one.

I care about this city. I care about this town and these institutions, and I work really hard to make it better. And again, whether you're rich, you're poor, old, young, shacking up, roommates, empty nesters, we want you to find a home in the East Bank neighborhood of downtown South Bend.

        (End of audio recording.)

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F - California Firm Registration #179

LEXITAS

Exhibit 1

Audio Transcription

Page 15

CERTIFICATE OF TRANSCRIPTIONIST


I, NISHA CHAKKINGAL, do hereby certify:


That said audio transcription is a true record as reported by me, a disinterested person.


I further certify that I am not interested in the outcome of said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.


IN WITNESS THEREOF, I have hereunto set my hand this 15th day of April, 2026.


_____
Nisha Chakkingal

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179



Exhibit 1

Audio Transcription

1

## $

**$180,000** 5:3

**$20** 8:12

**$200,000** 5:16

**$240,000** 5:10

**$27** 6:18

**$300,000** 4:11

**$42** 6:14

**$5** 10:25

**$52** 6:19 8:12

**$7.5** 11:2

**$700,000** 7:23

**$800,000** 5:15

## 1

**1,600** 6:2

**10** 6:4,12 7:7

**10%** 6:12

**10-year** 7:1

**100%** 6:23

**100-some** 8:4

**11** 10:22

**115-120** 7:8

**12** 7:7

**125-unit** 6:18

**140** 11:18

**144-unit** 5:22 6:19

**15** 2:4

**16-unit** 6:7

## 2

**20** 2:4

**20%** 6:12

**2000** 2:10

**202** 9:10

**25** 7:25

## 3

**3,000** 11:18

**3-** 2:3

**3-to-1** 5:11

**30** 4:11 5:9

**30-unit** 6:8

**300** 5:21 9:22

**330,000** 8:11

**38%** 6:22

## 4

**40** 5:9 7:9

**40-some** 5:24

**40s** 2:3

## 5

**5** 6:12

**50** 2:14

## 6

**60** 6:9 7:10

## 7

**7** 5:15

**7-year-old** 2:4

**70** 7:10

## 8

**800** 5:11

## 9

**90** 4:22

**95%** 8:1,3

## A

**abatement** 7:1,2 8:3

**about** 2:14 3:11,12 11:21,24 12:11

**abroad** 2:13

**access** 9:18

**accountability** 13:8

**accountable** 12:1

**across** 3:11, 15,21 5:1,10 6:4 7:19 9:9

**actually** 3:11

**Adams** 2:10

**add** 5:4

**administration** 7:3 13:1

**afford** 4:13

**after** 2:15,21 7:18 8:21 9:3, 19 10:10 11:23

**again** 8:25 11:10

**against** 7:4,8 11:9

**ago** 2:4 9:24 11:7

**agreed** 8:1

**agreement** 12:15

**all** 3:15 7:11 9:1

**almost** 8:12 10:11

**Aloft** 7:17

**also** 4:7

**amazing** 11:20

**answer** 10:8

**any** 12:18

**apartment** 5:22,24

**apartments** 5:19 8:5 9:10 13:20

**appeal** 7:25

**appealed** 7:2

**architecture** 3:20

**around** 12:2

**art** 4:2

**as** 5:7 13:23

**ask** 10:6,7

**asking** 12:10

**assessor** 6:22

**at** 3:15 5:10, 11,22 6:1,22 7:11 9:9,15 10:9 11:14

**audience** 7:10

**awarded** 6:14

**away** 3:8 6:24 13:14

## B

**back** 2:15,18 10:3,12 11:2

**bad** 3:16

**Bank** 6:3

**bankruptcy** 10:22,23

**barricade** 9:13

**base** 11:3

**basement** 5:4

**beautiful** 3:20 5:21 13:19

**became** 7:1

**because** 3:21, 25 4:16 8:9 9:12 10:8,16, 24 11:1 13:11,12,15

**Bend** 2:3,6,8, 15,18 3:4,25 4:5 5:22,25 6:4 9:24

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179



Exhibit 1

Audio Transcription

2

11:25 13:12, 13

**besides** 8:4

**better** 4:1,9 12:14

**big** 6:11 8:11

**biggest** 5:23, 25

**bill** 7:24

**block** 3:18

**blocking** 9:13

**bought** 3:19

**brick** 4:11

**bring** 10:14 13:18

**Broad** 11:8,16

**build** 2:23 3:20,22 4:12, 24 5:16 6:17, 18 7:20 8:4,5, 9,14,23 10:25 12:25

**building** 3:6, 11,12,14,15, 21,23 5:22 6:19 7:20 8:2, 10,12 10:16 11:1,3 12:7,8

**buildings** 7:21

**built** 5:9,23 6:3 7:20 8:11 12:18 13:19

**business** 2:19,20 11:11

**but** 3:15 5:14, 17,25 6:10,

13,21 7:15 8:8 9:4,12 10:1 12:1,17, 19 13:22

**buy** 4:13 5:3

**buying** 3:5

**by** 3:23 5:24 8:18 11:18

---

**C**

---

**cake** 11:4

**call** 2:24 12:9

**Came** 2:15

**campaign** 11:13

**care** 3:11 9:4 13:12

**cared** 9:4

**Cascade** 7:19

**center** 2:7 5:17 13:17

**certificate** 13:4

**change** 4:17

**changing** 9:5

**Chapter** 10:22

**choose** 13:14

**cities** 6:10

**city** 6:25 7:3, 4,13,16 8:8,9, 16 9:4,24 10:11,17,24 11:7,9,16 12:3 13:5

**city's** 11:6

12:11

**Civic** 4:2

**clear** 12:21

**clearance** 2:17

**clipped** 3:7

**clock** 10:15

**Colfax** 5:2

**comment** 12:10

**commercial** 12:7,18

**Commission** 11:24 12:4

**commitment** 6:18

**communicated** 9:3

**communicating** 7:12

**community** 10:8 11:25

**complete** 6:22,23

**completion** 13:4

**complex** 5:23 6:19,20

**complexes** 5:24 6:2

**connected** 11:18

**constructed** 13:19

**contacts** 2:22

**continue** 13:11

**contract** 8:8

**contracting** 3:2

**control** 3:17, 18

**corner** 12:8, 19,25

**Corporation** 2:16

**correct** 13:9

**cost** 6:13

**could** 2:24 3:20 4:19 5:3, 4 9:11 10:7 12:20,21 13:14

**couldn't** 7:24 9:12

**council** 7:4,13 11:8,11 12:4

**councilwoman** 11:9,17

**countries** 2:14

**county** 6:1 10:20

**couple** 7:4

**coupled** 4:21

**court** 8:1

**courts** 10:20

**COVID** 6:20

**create** 4:19,24

**cross** 9:11

**cultural** 4:1

**culture** 4:4

---

**D**

---

**damages** 10:24

**Dave** 12:7,13

**David** 2:2

**day** 3:15,22

**decade** 5:12 13:2

**December** 8:18

**decide** 10:10

**decided** 10:13 11:10,15

**declare** 12:3

**Defense** 2:17

**delay** 9:2

**delightful** 3:24

**Department** 2:16

**deposition** 10:5

**detour** 9:17

**develop** 12:20

**developer** 2:3

**developers** 12:1

**development** 2:5 3:1,10,19 6:7,8 12:15

(888) 893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179


Exhibit 1

Audio Transcription

3

development's 13:24

dirt 9:8

discovery 10:3

Disney 2:16

district 11:15

diversity 4:8

divorced 4:20

documents 10:3,12

doing 2:5,25 3:19 9:5

dollars 11:2

done 3:2 6:21 7:18,22 8:2, 11,18 9:3,19 10:1,11 13:11

down 2:10 4:14 7:14 8:25 10:7

downtown 3:4 5:22,24, 25 6:4 13:13

dozen 2:24

drag 12:5

dragging 12:5

drive 3:8 9:16

drywaller 2:24

durable 13:19

during 10:15

---
**E**
---

each 10:6

East 5:21 6:3 9:19,22

eat 11:5

Edison 2:9

eight 7:17

election 11:23

Elementary 2:9

else 6:6,7

Emporium 5:10 6:5

empty 4:20

ended 6:19

endorsed 11:17

ends 4:18

engineer 11:11

engineering 2:12

entities 10:14

estate 2:2,5 3:1 13:23

even 5:23 8:7

eventually 9:7

every 4:16

everyone 5:5

everything 11:21

exception 9:23

exhausting 6:20

expected 12:15

experience 11:19

extension 7:16,19,22

---
**F**
---

fair 10:10 11:5

false 12:23

families 13:18

family 13:13

fast 9:13

favor 7:5,9,10

feds 10:21

feel 11:6

few 2:21

fighting 13:15

figure 2:18

filed 10:22

finally 7:24,25 10:11

financially 9:23

fine 11:21

finished 12:12

first 5:7 11:13

five 2:22

fix 7:3

flipped 3:1

floor 3:13 5:5

fly 3:8

focus 2:6 3:10

food 8:24

foot 8:12

for 2:1,11,16 4:12,22 5:3 8:20,22,24,25 9:20,25 10:5, 20,22 11:3,7, 13,18 12:3,7, 10,17,18,21 13:15

force 10:24

forth 10:4,12

fought 7:4,5

four 2:22

from 4:25 6:5, 25 10:17 11:4 12:9,12,16 13:25

front 8:16

fun 4:3

---
**G**
---

gave 10:25

get 2:23 4:10, 17 6:21 7:3 10:5,9,16 12:9,11

getting 12:16

give 6:12 7:16 9:21

go 3:13 4:3 10:19,21 11:20 12:12 13:23

going 5:16 6:6,9 8:21 12:3,6

gone 9:8,9

good 3:9 11:20

got 6:15 7:13, 18,22 8:11

graduated 2:10

Grange 4:10

great 13:16

grew 2:8

grocery 8:6, 10,14,17,23 9:2,12,16,25 10:1 11:1

ground 4:25

guy 11:14

guys 2:20

---
**H**
---

hadn't 7:22

half 6:25 9:20, 24 11:22 13:6

happen 8:21

having 3:6

head 10:8

hearing 7:6

heart 5:2

heavily 7:4

help 10:20

here 2:3 13:9, 10,15

here's 5:15

hey 11:20

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179



Exhibit 1

High 2:10

history 13:2

hold 11:25

home 13:15

homes 4:11 13:20

Hotels 7:17

house 4:13,14 5:16

houses 3:2 5:8 6:4

housing 5:18

how 2:6,18 4:24 10:18,19 11:24

huge 6:14

**I**

if 2:23 3:3,16 4:21 5:11,14, 20 6:11 9:9, 15 12:3,19

important 3:17

in 2:3,8,10,11, 23 3:18 4:4, 10,22 5:2,8,9, 17,22,23,24, 25 6:2,4,22, 23 7:5,9,10, 13,24,25 8:1, 2,16,20,22 10:2 12:8,22 13:10,13,18

incentives 6:25

income 5:19

11:3

incredibly 5:21

industrial 2:12

infill 3:10

information 12:23

initiative 6:11

instead 3:5

institutions 4:1

interesting 3:3 4:4

interning 2:15

into 2:25 3:13 10:14 11:15 13:25

inventory 9:1

investment 10:9

investors 13:25

it 2:13,19 3:8 4:18 5:6,20 6:13,20,24 7:2,3,4,5,8,14 8:19,24 9:8, 21 10:17,18 11:5,6,8 12:5, 20,21,24,25 13:15,16,25

it's 3:17 4:3 5:23,25 6:1 9:20 12:3,20, 21

its 7:25

**J**

January 6:23 8:2,18

Jefferson 12:8

Joe 11:8,16

judge 10:10

just 3:23 9:8 12:1,17 13:7

justify 10:24

**K**

keep 11:3

kids 4:13 13:17

kind 2:25

knew 3:22

know 2:1,19, 24 3:2,14 4:9, 10,15,16 5:19 6:3,13 7:12 9:7 10:10,19, 20 11:12 12:10 13:2

**L**

lack 4:5

Lafayette 2:11

land 3:19,21

lane 9:13

large 11:14

Lasalle 5:21 9:22

last 10:18

late 11:1

later 5:12 9:7 11:22 12:20 13:2

launched 9:24

lawsuit 9:25 10:2,14

lawsuits 10:2

leapfrog 6:16

leave 3:9

let 5:16 10:10

let's 3:10 10:6

letters 7:7,8

level 6:1

lie 13:7

lifetime 5:8

like 2:22 3:1, 12,15 4:2,8, 10,25 6:6,7,9 7:17 10:2,6 11:6,12,20,25 12:2,6,13,25 13:22

liquidation 10:23

litigation 10:17

live 4:22 13:13

lived 9:9

lively 2:7 13:16

living 11:4

loan 10:16

local 2:2

locally 6:13

locked 7:13

logical 9:2

long 8:22 10:18

look 5:11

looked 5:7

looking 3:15

looks 3:9,14, 16

lot 2:13 3:6

lots 3:5

love 9:21 13:12

low-moderate 5:19

Luckily 5:5

**M**

made 2:13

majority 7:12

make 2:6 8:8 12:20 13:16

Makes 9:17

making 3:23

March 6:23

Market 9:20

market-rate 5:7

married 4:20

master's 2:11

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179



Exhibit 1

Audio Transcription

5

matched 6:13

Matthews 2:1, 2 12:7

maybe 2:4 7:7 11:10 12:2

Mayor 7:11 10:7

me 2:2 3:3 8:9 10:25 11:7 12:1,5

mean 9:1

meeting 12:12,22

meetings 8:15

members 7:5

Middle 2:9

million 6:14, 18,19 8:12,13 10:25 11:2

minimum 4:12

minutes 12:12,22

money 8:5 13:24,25

months 8:20, 21,24,25

more 3:3,11, 17 4:5,7,8 5:13 8:13 11:12

Morris 4:2

Morris-on-the-river 5:1

mostly 3:4

move 4:13,16 13:14

moved 2:17

moving 9:14

MR 2:1

much 8:5

mud 12:6

Mueller 7:11 10:7

museum 4:2

my 2:2,3,22 5:8 10:13 12:5 13:13

**N**

name 2:2 12:5

narrative 13:10

need 11:11

needed 2:23

needs 11:25

neighborhood 3:23 4:9,12, 18,19,22 5:8 13:17

nesting 4:21

new 4:17 5:25 8:20 10:16 13:1

next 7:25 8:18

nice 5:7

Niles 6:5 12:8

no 9:17 11:19 12:25 13:8

not 7:16 9:25 10:23 11:5,10 12:4,7,18

nothing 11:19

notice 8:15

now 4:15 6:16 10:2 11:23

**O**

oath 10:6,7

of 2:16,21,25 3:4,5,14 4:13 5:2,18 6:12, 25 7:1,4,5,7, 8,13,20,24,25 8:1,3,16,18 9:13,24 10:8, 13 11:18 12:2,8 13:4,9, 10

office 3:6,13 13:20

old 4:20 6:5

on 2:6 3:10,13 6:5 8:10,24 11:7,11,24 12:5,11,18, 22,25

one 3:22 5:2, 12,13 7:20 8:3 9:13

ongoing 10:2

only 7:15

open 8:22,25 9:20,25 11:8

opened 8:8, 10 9:20 10:1 11:1

operate 8:7

other 4:4 5:13 10:6,13 13:18

Otherwise 5:6

our 3:12,23 4:5 6:14,25 8:3,8 10:15 13:17,25

ourselves 10:19

out 2:18 4:13 7:20 11:18 12:1,14 13:5

outside 3:14

over 4:16 5:10 13:5

own 13:25

owned 3:21

**P**

painter 2:23

parking 3:5

Part 13:8

pay 7:24

payment 12:16,21

pending 10:17

people 2:1,24 4:6,7,16 7:8, 9,10 9:21 11:4 12:24 13:18

percent 4:11

person 11:11, 19

pharmacy 8:6

phase 10:3,5

Phd 2:12

phone 2:22

picked 3:25 6:15

picking 11:6

places 4:3

plan 6:17 8:19

planned 13:23

plans 8:16

Point 9:10,15

political 11:19

politically 11:17

pond 3:7

poor 4:5,20

potential 12:18

pretty 9:13

previous 11:9,16

probably 5:6 7:10

problem 11:7

process 10:15

program 2:13

prohibited 12:15

project 6:11, 12,15,21 7:15,19 8:4 9:22 11:10

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179



Exhibit 1

12:14

**projects** 7:16 13:23

**protect** 10:19

**protection** 10:23

**public** 7:6 11:12 13:10

**publish** 12:23

**published** 12:23

**pull** 13:24

**Purdue** 2:11

**pursue** 12:21

**pushed** 13:5

**put** 8:20 13:25

**Q**

**questions** 10:6,8

**quickly** 2:5

**R**

**Race** 9:19 12:13

**raise** 13:24

**raising** 13:17

**ran** 11:7,13

**ratio** 5:11

**real** 2:2,5,25 13:23

**really** 4:7 6:17 12:1

**reason** 13:9

**Redevelopme nt** 11:24 12:4

**refinance** 10:15

**region** 4:5 6:14

**regional** 6:10

**reinstated** 8:3

**remember** 12:24

**remonstration** 7:7

**remove** 8:16, 19

**removed** 9:7

**reorganizatio n** 10:23

**reset** 10:14

**restaurant** 6:5 13:21

**retail** 13:20

**retention** 3:7

**retroactively** 8:2

**rewrite** 13:2

**rich** 4:7,20

**ridiculous** 6:21

**right** 2:8 4:1 5:1,20 6:1 8:13 12:2 13:24

**risky** 13:24

**River** 5:2

12:13

**road** 9:19

**road's** 9:3

**roommates** 4:21

**ruined** 9:1

**run** 8:22 11:10,15 12:3

**running** 11:14

**S**

**said** 3:5 5:15 6:11,22 8:9 9:17

**same** 4:22 11:15

**say** 12:24 13:3

**saying** 10:25 12:6,14

**says** 5:2

**SB** 5:2

**School** 2:9

**seat** 11:8

**second** 7:21

**section** 3:4

**security** 2:17

**see** 13:5

**send** 10:3

**sense** 9:17

**service** 11:12

**seven** 11:7,10

**seven-block** 9:17

**shacking** 4:21

**shadowed** 2:20

**shelves** 8:24

**shifted** 2:6

**should** 7:18

**shut** 8:24

**sidewalk** 9:9

**sign** 11:12

**singling** 12:1

**sit** 10:7

**six** 6:3 7:7 8:20,25

**small** 2:19 6:1

**socioeconomi cally** 4:17

**sold** 5:7

**some** 3:1,2,7, 19 10:13

**somebody** 6:6,7

**something** 2:23 6:9

**sometimes** 4:10

**South** 2:3,6,8, 15,18 3:4,25 4:5 5:22,25 6:4 9:24 11:25 13:12, 13

**spaces** 13:21

**speak** 7:11

**spend** 8:5,13

**spoke** 7:8,9

**square** 8:12

**stability** 4:23

**started** 2:5,12 3:19 5:3,10 7:17,22

**starts** 12:5

**state** 6:10 7:25 10:20

**stay** 13:14

**steel** 9:12

**still** 10:2

**stopped** 2:12

**store** 8:6,10, 14,17,23 9:2, 12,16,25 10:1 11:1

**stories** 5:4 13:5

**story** 13:6

**street** 3:12, 16,18,22 6:5 7:19 8:16,20 9:8,9,11 10:1

**streets** 4:14

**stretch** 6:17

**stripped** 6:24

**strongly** 7:5

**stuck** 7:23

**study** 2:13

**subdivision** 5:14,15

**subdivisions** 4:15

**submitted** 6:15

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179



Exhibit 1

**successful** 9:23

**sue** 10:13 12:7

**sued** 8:9 9:6

**sues** 12:5

**suffer** 3:16

**support** 7:9

**supposed** 7:21 8:17,22 13:3

**sure** 8:8 12:20

**swans** 3:7

**switched** 11:16

**symphony** 4:1

**T**

**take** 9:21 10:18

**talking** 11:24 12:11

**Tarkington** 2:9

**tax** 6:21 7:1,2, 23 8:3 11:3 12:16,21

**tell** 5:12 13:6

**texting** 7:12

**than** 3:12,18 5:13 8:13 12:14

**that's** 4:9,11, 22 8:12 11:5 13:10

**Theater** 4:2

**them** 5:2,11 6:3 7:3 8:7,9 9:13 10:14

**then** 2:10,17, 20,25 3:9 5:9 6:4,6,7,10 8:20,25 9:6 10:9 12:2,24

**there's** 4:4 6:2 7:8,9 9:12 10:3,5 13:8, 22

**these** 13:5

**thing** 8:11

**things** 4:25 8:3 12:6 13:11

**think** 2:22 6:17 7:7,9,17 8:18 9:11 12:19

**third** 3:13 5:4 7:1,21

**this** 3:23 5:8, 21 6:10,15 7:23 8:19,20, 22 9:25 10:15,16,18, 20 11:1,9,20 12:14,23 13:12,15

**Those** 5:3,10

**thought** 7:1 9:2

**thousand** 2:22

**three** 4:15 5:12 7:20

8:21,24 9:19, 23 10:11,17 11:21

**through** 6:20 12:6

**time** 4:17 5:23 6:22 7:11 8:1, 10 10:9,18 11:13 12:3

**timeless** 3:20 13:19

**times** 5:12 11:10

**to** 2:4,6,8,10, 13,15,18,20, 22,23 3:3,8, 17,18 4:13,19 5:10,14,16 6:6,9,12,13, 16,17,18 7:2, 3,16,21 8:4,5, 7,9,13,16,17, 19,21,22,23, 25 9:11,16,17 10:5,7,9,13, 21,24,25 11:2,4,10,15, 25 12:3,7,12, 20 13:1,2,3,9, 11,14,16,18

**today** 5:11,23 12:19 13:9

**told** 12:9

**too** 11:5

**took** 3:4 10:17

**top** 2:17

**town** 13:12

**townhomes** 5:1,8,9 6:3

12:13,17

**towns** 4:4

**trading** 10:12

**traffic** 9:14

**transient** 4:18

**transitioned** 2:25

**traveled** 2:13

**trial** 10:9

**Tribune** 12:9, 10

**Troy** 11:14,23 12:4

**true** 4:23

**try** 2:18 7:3 8:25 13:9

**trying** 13:2,16

**turned** 12:14

**TV** 11:24

**two** 5:3 9:20

**types** 5:18

**U**

**under** 10:6,7

**undergrad** 2:11

**units** 6:2,10 9:10

**until** 9:3 11:21

**up** 2:8 3:8 4:18,21,25 6:19 9:20 11:12

**urban** 2:7

3:10 5:17 13:16

**us** 7:4 9:6

**V**

**variety** 4:8 5:18

**Varner** 12:13

**viable** 12:19

**vibrant** 2:7 5:17 13:16

**view** 3:23

**voted** 7:14 11:9

**votes** 7:13 11:18

**W**

**waited** 9:18

**walk** 9:16

**Walt** 2:16

**want** 4:9 8:23 11:2,4 12:20 13:18

**wanted** 2:19 4:18 9:16

**Warner** 11:15, 23 12:5

**we** 3:4,11,12, 19,20,21,22 4:9,24,25 5:2, 7,9,17,18,19, 20 6:3,4,9,15, 16,18,19,21, 22,25 7:2,6, 23,24 8:1,4,5,

(888) 893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required
Nevada Registration #116F  -  California Firm Registration #179



Exhibit 1

Audio Transcription

7,11,13,14, 15,21 9:1,2,3, 18 10:7,9,15, 18,19,21,22 11:10,20 12:12,19,20 13:3,4,11,14, 18,24,25

**we'd** 3:22

**we'll** 6:12

**we're** 6:6 13:9,15,16

**we've** 13:11, 19

**website** 12:11,22

**week** 12:2

**weeks** 9:19

**well** 5:21

**well-** 11:17

**went** 2:8,10 3:18 4:14 5:9, 14 7:2

**West** 2:11

**westbound** 9:14

**what** 2:19 3:3, 14 4:18 6:16, 24,25 9:1,5 12:10 13:3

**what's** 10:10

**when** 3:12 4:12 10:1 12:2,12

**where** 3:11,20 4:3,10,19 7:6 10:3,19 13:6,

17

**which** 5:12 6:14 9:2 10:14

**who** 2:1 7:10 11:9,14,19

**whose** 3:7

**why** 11:6 13:9

**will** 10:18

**win** 11:21

**wings** 3:7

**with** 3:7 6:2 7:12,23 8:4,8, 15 9:4,23 10:11,16 12:4 13:13

**within** 12:2

**won** 11:18

**won't** 5:16

**works** 5:20

**would** 9:1

**wouldn't** 5:6

---

### Y

---

**yeah** 13:22

**year** 7:25 8:18 9:7

**year-old** 2:4

**years** 2:4,21 4:22 5:9,24 7:18 9:21,24 10:11,17 11:7,22 13:6

**yet** 12:22

**young** 4:20

(888) 893-3767          Lexitas operates in all 50 states and is licensed where required
www.lexitaslegal.com          Nevada Registration #116F  -  California Firm Registration #179



Exhibit 1