Page 1

UNITED STATES

BANKRUPTCY COURT


MATTHEWS 350 EAST LASALLE, LLC,      Case No.

jointly with COMMERCE CENTER          26-bk-30288;

DEVELOPMENT.                          26-bk-30289


_____




341 Meeting for Matthews 350 Part 2

April 21, 2026

Transcribed by Andrea Filar, CSR-8349

Exhibit 2

Page 2

APPEARANCES:


JENNIFER PROKOP - Attorney US Trustee

DAVID MATTHEWS - Personal Representative of the Debtor

ANTHONY CARRERI - Attorney of Debtor

KATHERINE ISKIN - Attorney of May Oberfell Lorber for

Creditor - City of South Bend

Page 3

I N D E X

WITNESS:  DAVID MATTHEWS


EXAMINATION BY MS. PROKOP:                        4

EXAMINATION BY MS. ISKIN:                         9

Page 4

April 21, 2026

                              * * *

                    MS. PROKOP:  Okay.  So it's a good thing, with the government, we always hold on to old stuff.  So I had to go old school and I had to get an old digital recorder that we have instead of the fancy new teeny-tiny one.  So I am back on the record.

                    EXAMINATION (CONTINUING)

BY MS. PROKOP:

Q.  All right, Mr. Matthews, let's see.  Since the filing of the case -- well let's, let's do this.  Can you explain the assets, if any, owned by Matthews 350 East, LLC, because then I have some questions about whether, you know, there are any, you know, new leases, a sale of assets, et cetera.  So can you explain which company owns what kind of assets?  Hello?

                    THE WITNESS:  Oh, sorry.  I was on mute.

                    MS. PROKOP:  Oh.  Were you able to hear me?  Okay.

                    THE WITNESS:  I, I heard you and then I replied but you couldn't hear me because I was on mute.

                    MS. PROKOP:  Oh, thank you.  Okay.

                    THE WITNESS:  So Matthews 350, their main asset is a ground lease that they're a lessee of, and

Exhibit 2

Page 5

that is a prepaid lease for 90 some years giving them control of the land.  They have, you know, signed residential leases with the tenants in the building upstairs.  And there is one new lease with Life Stance, a, yeah, a commercial office tenant.

Q. (Continuing by Ms. Prokop)  All right, thank you.  So there isn't an asset per se that the debtor could sell that would help in the reorganization, correct?

A. Correct.

Q. Okay.  Has this debtor filed all of its tax returns up to date?

A. I don't, we have not filed the 2025 tax returns.  So we had filed an extension, they're not due yet.  But all the previous due tax returns we have filed.

Q. All right, thank you.  And for this debtor, did this debtor hold bank accounts prior to the bankruptcy petition being filed, and where were they held?

A. It held one checking account with Key Bank.  And after filing the, the debtor in possession bank account, the same bank account is now a debtor in possession bank account at Key Bank.

Q. Thank you very much.  All right.  Has the debtor closed its books as of the date of filing of the bankruptcy and opened new books or accounting records?

A. I don't really understand what that means.  So our

Page 6

software allows us to do reports from that date.

Q.   Thank you.  That is what I'm asking.  In the two years before filing bankruptcy has the, was the debtor audited by either the government or any other entity?

A.   No.

Q.   All right.  And how long, this debtor was incorporated in what year?

A.   I don't know.

Q.   Okay.  I think, do you recall a narrative sent to Kevin Gerringer(ph), an analyst in our office?  It was a, the background information for this debtor and for CCD?

A.   Yeah, um-hum.

Q.   Okay.  And in there, I believe there's a statement that says that CCD was incorporated in 2014 and Matthews 350 in 2018; does that sound correct?

A.   It does.

Q.   Matthews 350 East LaSalle does not have any of its own employees, is that correct?

A.   It has leased employees from DMTM, Inc.

Q.   Yes.  Okay.  Thank you.  Does that include when maintenance work needs to be done in the building?  In the, I'm talking about the --

A.   It does.

Q.   -- apartment building.  Okay.  Thank you.

A.   Yeah, we use some outside contractors and our leased

Page 7

employees.

Q. All right.  Okay.  And have you guaranteed the debts owed by Matthews 350?

A. Me personally?

Q. Yes.

A. Yes.

Q. I think we were talking over each other.  Can you answer again?

A. Yes.

Q. Thank you.  Okay.  In the schedules I believe -- are you listed as a creditor of Matthews 350?  Are you owed any money by this debtor?

A. Me personally?

Q. Yes.

A. I don't think so.

Q. Okay.  But there are other insider debts, is that correct, with the other entities that are affiliated with this debtor, is that correct?

A. It is.

Q. Okay.  And one of those is the, a company that the debtor contracts with for maintenance, et cetera, right; can you give that name again?

A. DMTM, Inc.

Q. Thank you.  All right.  Is the insurance coverage for the debtor adequate and current?

Page 8

A.   It is.

Q.   Okay.  And I believe that we, the U.S. Trustee's Office has already received copies of those certificates, so I don't think that's outstanding.  Are there any licenses that are required for the operation of this debtor, either the apartment building or any certifications that need to be kept up during the course of the bankruptcy?

A.   Every two years we have to file a business entity report with the Indiana Secretary of State.

Q.   Okay.  And the last report was timely filed?

A.   I think so.  I mean but I, I didn't, I didn't check.

Q.   Okay.  All right.

A.   I guess I don't know in this official.

Q.   Thank you.  Is the current cash flow for the apartment building for the leases, is it sufficient to operate the building and operate successfully?

A.   It is.

Q.   Okay.  All right.  All right.  Now you've gone over the U.S. Trustee's operating and reporting requirements with our analyst, Kevin Gerringer, correct?

A.   I did.

Q.   Okay.  And you understand the continuing responsibility to comply with those reporting requirements?

A.   I do.

         MS. PROKOP:  Okay.  All right.  At this

Page 9

point I will open the floor to any creditors who have questions or Mr. Carreri, if there was any followup. I'll start with Mr. Carreri.  Is there any followup to any questions?

MR. CARRERI:  I have nothing, no.

MS. PROKOP:  All right, thank you.  Are there any creditors who would like to ask questions of Mr. Matthews?

MS. ISKIN:  Yes.  This is Katherine Iskin, I do have some questions.

MS. PROKOP:  Thank you.

EXAMINATION

BY MS. ISKIN:

Q. So, Mr. Matthews, can you tell me, is Matthews 350, does that file taxes as a S Corp or as a partnership?

A. I don't know.  You guys are the ones who originated it though I think.

Q. Okay.  And by "you guys" you mean my law firm before I --

A. May Oberfell Lorber.

Q. Okay.  All right.  And you mentioned DMTM as being an insider; can you tell me the specific ownership, like who owns DMTM and in what shares?

A. David Matthews, me, 100 percent, sole owner.

Q. All right.  And for the debtor, how much of this revenue is paid to DMTM, like how much flows through and goes

Page 10

back to DMTM?

A. I don't know.  I mean that's, I don't know how to answer that question.

Q. Okay.  Is there a contract in place between DMTM and the debtor?

A. There is.

Q. And what kind of contract is that?

A. It's service, I think it's a service contract, so DM -- yeah, I think a service contract is what they call it.

Q. So on the schedules you list DMTM as being owed roughly two and a half million dollars; is that all unpaid service bills, is that a promissory note, like can you explain the nature of that debt?

A. Not without looking it up.  I know -- yeah.  I'd have to look at the details.

Q. Okay.  And has Matthews 350 paid any funds to DMTM since this case was filed?

A. Yes.

Q. Okay.  And what was that for?

A. We lease employees, so reimbursement of hourly work and reimbursement of miscellaneous supplies for the, for the credit card, it's in DMTM's name, that 350 uses.

Q. So DMTM has a credit card that it permits the debtor to utilize, is that correct?

A. Correct.

Page 11

Q. Okay.  And roughly how many employees does Matthews 350 lease from DMTM?  If you have that information available.

A. Yeah.  I would say four.

Q. Okay.  Are you one of those?

A. No.

Q. Okay.

A. I don't bill any of my hours that I work on the project --

Q. Okay.

A. -- as hourly work.  I probably should.

Q. Have you been paid by the debtor since this case was filed?

A. Has Matthews 350 paid DMTM, is that your question?

Q. Has Matthews 350 paid you personally any funds or have you taken any draws?

A. Oh, as David Matthews individually?  No.

Q. Correct.  Was that a yes or a no?  I didn't hear that, I'm sorry.

A. Matthews 350 has not paid David M. Matthews anything since we filed.

Q. Okay.  All right.  Let me -- on your list of assets you list a lawsuit, or a claim against the Redevelopment Commission for $5,089,450.  Can you tell me what you based that on?

A. It's probably a better question for my attorney on this

Exhibit 2

Page 12

matter.

Q.  Okay.

MS. ISKIN:  Mr. Carreri, can you explain what that is?

MR. CARRERI:  Yeah, I'll chime in.  That is a preliminary analysis of dollar claims we believe may exist.  Now that we fought to remove the action we will be pursuing those through the adversary.

Q.  (Continuing by Ms. Iskin)  Since you are now exploring potential unliquidated counterclaims and you also, Mr. Matthews also testified that the main asset is the ground lease, the ground lease has termination language in the event of a voluntary bankruptcy filing.  Is the debtor pursuing that at all?

A.  I'd defer to my attorney.

MR. CARRERI:  No.

Q.  (Continuing by Ms. Iskin)  Is that because the ground lease is also with an insider entity?

A.  No.

Q.  Okay.  Does Matthews 350 have any assets in the State of Michigan?

A.  No.

Q.  I do see on your list of creditors that you list (inaudible) Equity, they are a local receivership; has Matthews 350 been put into a receivership in the past

Exhibit 2

Page 13

year?

A.  I don't think so.  No.

Q.  Do you know the nature of the (inaudible)?

MR. CARRERI:  No.  Go ahead, David.  I apologize for interrupting.

THE WITNESS:  What was the question, can you restate it please?

Q.  (Continuing by Ms. Iskin)  Your list of creditors you list a local receivership called (inaudible) Equities as your, I believe, second largest dollar amount creditor, maybe third.  What do you owe them money for?

A.  Consulting.

Q.  Consulting, okay.  For Matthews 350 you list roughly 2.6 million dollars in unsecured debt, 2.5 of that is owed to DMTM.  Earlier you stated that the, it was able to pay, the debtor was able to pay bills as they came due.  But for the debt that is owed to DMTM, would this bankruptcy be filed?

A.  That's a little bit of a complicated question.  Can you restate it?

Q.  Would Matthews 350 have any debt if it didn't own DMTM money?

A.  Would Matthews 350 have any debt if it didn't owe DMTM money?  Yeah, it owes Key Bank 30 million bucks.

Q.  Would it have any unsecured debt, so anything that's not

Exhibit 2

Page 14

physically attached?

A.   There's a potential -- I mean yes.

Q.   Okay.  I do see that there are a lot of residential leases.  Several of the tenants are listed multiple times.  For example, it looks like Velvet Canada(ph) has four separate residential leases on four different units.  Is, do you know if that's accurate?

A.   That sounds correct.

Q.   And what is your relationship to this particular tenant?

A.   How detailed -- Anthony, how detailed should I get?

MR. CARRERI:  Sorry, I was on mute.  I mean he's a tenant.  I don't know what, if the question is Velvet Canada is an insider?

THE WITNESS:  We have a personal relationship as well.  She's not an insider but we have a personal relationship.

MR. CARRERI:  Right.

Q.   (Continuing by Ms. Iskin)  Is she legally married to you?

A.   She is not.

Q.   And does she actually pay the rent for the four units that she resides inside of?

A.   I don't know how to answer that question.  Resides inside of?

Q.   Well you list four resident -- separate residential leases for her.

Page 15

A.   I do.

Q.   And they are specifically stated as residential.

A.   Yes.

Q.   So --

A.   That is correct.

Q.   -- does she pay the rent on the four units that she is renting?

A.   She does.

Q.   Okay.  And on your bankruptcy schedules you do list that DMTM is an affiliate, is that correct?

A.   Yes.

Q.   Just flipping through some paperwork here, so please bear with me.  Does the debtor charge rent to all of its insider entities that have space inside of the property?

A.   No.

Q.   So the, there are several insiders that also have space that are within the property and they, do they just get to use, use the space at will without paying rent is my question?

            MR. CARRERI:  Which insiders are you referring to?

            MS. ISKIN:  Well it looks like DMTM is within the property, Mr. Matthews also has an address inside of it I believe.

            MR. CARRERI:  (Inaudible.)

Exhibit 2

Page 16

Q. (Continuing by Ms. Iskin)  So are, are there any tenants that aren't paying rent right now, either with or without a lease?  I'll just rephrase it that way.

A. There are, are there any tenants not paying rent?

Q. Or not being charged rent.

A. Yes.  I mean we have, we have tenants who don't pay rent and then we send them a letter and we call them, and I called the guy and finally 20 days late, yesterday, he paid his rent for the month.  Does that count in the questions that you're, for what you're looking for, or like I need a more precise question from you in order to answer.

Q. Do you not charge rent to any tenants?

A. Yes.

Q. And which tenants are those?

A. DMTM.  I'm not sure they count as a tenant because 350 was never able to build out their space, they never took possession, so they don't pay rent.  East Race Market, the grocery store on the first floor, doesn't pay rent. We do, I think the software charges them and then we delete the charge, you know, they, then they don't pay and we got that lease I think to be cancelled by the court.

MR. CARRERI:  Yes.  There's a pending motion to reject that lease with the court.

Page 17

THE WITNESS:  Yeah.

Q.  (Continuing by Ms. Iskin)  But what, what, what plans do you have to remove that tenant now that, or once the, once Judge Singleton signs that order?

A.  I, that's a attorney question I think.

MR. CARRERI:  What, what plan do we have to remove the tenant?

MS. ISKIN:  Right.  So (inaudible).

MR. CARRERI:  Well hopefully we plan to hopefully have them remove themselves amicably.

MS. ISKIN:  Okay.

Q.  (Continuing by Ms. Iskin)  Is East Race Market also an insider?

A.  Yes.  That's who we're talking about.

Q.  And, so just to be clear, once that lease is rejected, that tenant will be vacating the space, correct?

A.  Correct.

Q.  Okay.  All right.  And does perhaps -- well let's see. The lawsuit between City of South Bend, or the Redevelopment Commission, and CCD and then Matthews 350 and now the additional two defendants, DMTM and Matthews LLC, that, your attorney has asked for that to be removed to the bankruptcy court.  What relief do you believe that you are going to receive in bankruptcy court that you are not going to get in state court, specifically regarding

that lawsuit?

A. That seems like a legal question.

MR. CARRERI: Yeah. We're bringing that lawsuit into a form. Yeah. We're bringing that into the same form as the bankruptcy to play out as it plays out.

MS. ISKIN: So, but just to be clear, DMTM and Matthews, and Matthews LLC are not debtors and --

MR. CARRERI: That's correct.

MS. ISKIN: -- they, yet they still choose, are attempting to take advantage of bankruptcy as a venue but let the lawsuit continue to play out according to state law, correct?

MR. CARRERI: I don't know that's entire, I, I'm not sure the intricacies of that litigation are what the purpose of this meeting is for. I, I don't have a comment on that at this point. We filed for removal and that will play out as the responses come in.

MS. ISKIN: Are the additional parties going to file responses to your knowledge?

MR. CARRERI: I --

THE WITNESS: (Inaudible) this discussion.

MR. CARRERI: Yeah.

MS. ISKIN: Okay. Well at this point I

Exhibit 2

Page 19

don't have any other questions for this debtor, although I will have additional questions for CCD once we move on to that point.

MS. PROKOP:  Okay.  Thank you.  Is there any other creditor that has a question for this debtor?  Okay.  Hearing none, I'm going to pause for just a minute to rearrange my paperwork and I will get started with the CD -- CCD meeting of creditors in just one minute.  Thank you.

Exhibit 2

Page 20

CERTIFICATE

STATE OF MICHIGAN

COUNTY OF MACOMB

I, Andrea Filar, C.S.R. and Notary Public in and for the County of Macomb, State of Michigan, do hereby certify that the attached is a true, correct, and complete transcript of my stenographic notes taken at the time and place hereinbefore stated and they were transcribed upon a computer under my direct supervision. The undersigned assumes no responsibility for copies not made under my direction or control.

*Andrea Filar Scheer*

Andrea Filar, CSR - 8349

Notary Public, Macomb County

My Commission Expires:  10-01-2028

Veritext Legal Solutions

www.veritext.com                                                        888-391-3376

Exhibit 2

**[10-01-2028 - build]** Page 1

| 1 | 4 | ahead 13:4 | 12:15 17:5,22 |
|---|---|---|---|

**1**

**10-01-2028** 20:17
**100** 9:23

**2**

**2** 1:11
**2.5** 13:14
**2.6** 13:13
**20** 16:8
**2014** 6:14
**2018** 6:15
**2025** 5:12
**2026** 1:12 4:1
**21** 1:12 4:1
**26** 1:5,6
**26748** 20:16

**3**

**30** 13:24
**30288** 1:5
**30289** 1:6
**341** 1:11
**350** 1:4,11 4:13 4:24 6:14,17 7:3,11 9:14 10:16,22 11:1 11:13,14,19 12:20,25 13:13 13:21,23 16:16 17:20

**4**

**4** 3:9

**5**

**5,089,450** 11:23

**8**

**8349** 1:13 20:16

**9**

**9** 3:10
**90** 5:1

**a**

**able** 4:19 13:15 13:16 16:17
**account** 5:18 5:19,20,21
**accounting** 5:24
**accounts** 5:16
**accurate** 14:7
**action** 12:7
**actually** 14:20
**additional** 17:21 18:19 19:2
**address** 15:23
**adequate** 7:25
**advantage** 18:11
**adversary** 12:8
**affiliate** 15:10
**affiliated** 7:17

**ahead** 13:4
**allows** 6:1
**amicably** 17:10
**amount** 13:10
**analysis** 12:6
**analyst** 6:10 8:20
**andrea** 1:13 20:5,16
**answer** 7:7 10:2 14:22 16:12
**anthony** 2:5 14:10
**apartment** 6:24 8:6,14
**apologize** 13:5
**appearances** 2:1
**april** 1:12 4:1
**asked** 17:22
**asking** 6:2
**asset** 4:25 5:7 12:11
**assets** 4:13,16 4:17 11:21 12:20
**assumes** 20:11
**attached** 14:1 20:7
**attempting** 18:11
**attorney** 2:3,5 2:6 11:25

12:15 17:5,22
**audited** 6:3
**available** 11:2

**b**

**back** 4:8 10:1
**background** 6:11
**bank** 5:16,18 5:19,20,20,21 13:24
**bankruptcy** 1:2 5:16,23 6:3 8:7 12:13 13:17 15:9 17:23,24 18:5,11
**based** 11:24
**bear** 15:12
**believe** 6:13 7:10 8:2 12:6 13:10 15:24 17:23
**bend** 2:7 17:19
**better** 11:25
**bill** 11:7
**bills** 10:12 13:16
**bit** 13:19
**bk** 1:5,6
**books** 5:23,24
**bringing** 18:3,4
**bucks** 13:24
**build** 16:17

**[building - detailed]**                                                                 Page 2

**building**  5:3 6:21,24 8:6,15 8:16
**business**  8:8

**c**

**c.s.r.**  20:5
**call**  10:9 16:7
**called**  13:9 16:8
**canada**  14:5,13
**cancelled**  16:22
**card**  10:22,23
**carreri**  2:5 9:2 9:3,5 12:3,5,16 13:4 14:11,17 15:20,25 16:24 17:6,9 18:3,9 18:14,21,24
**case**  1:4 4:12 10:17 11:11
**cash**  8:14
**ccd**  6:11,14 17:20 19:2,8
**cd**  19:8
**center**  1:5
**certificate**  20:1
**certificates**  8:3
**certifications**  8:6
**certify**  20:7
**cetera**  4:16 7:21
**charge**  15:13 16:13,21

**charged**  16:5
**charges**  16:20
**check**  8:11
**checking**  5:18
**chime**  12:5
**choose**  18:11
**city**  2:7 17:19
**claim**  11:22
**claims**  12:6
**clear**  17:15 18:6
**closed**  5:22
**come**  18:18
**comment**  18:17
**commerce**  1:5
**commercial**  5:5
**commission**  11:23 17:20 20:17
**company**  4:16 7:20
**complete**  20:8
**complicated**  13:19
**comply**  8:23
**computer**  20:10
**consulting**  13:12,13
**continue**  18:12
**continuing**  4:9 5:6 8:22 12:9 12:17 13:8 14:18 16:1

17:2,12
**contract**  10:4,7 10:8,9
**contractors**  6:25
**contracts**  7:21
**control**  5:2 20:12
**copies**  8:3 20:11
**corp**  9:15
**correct**  5:8,9 6:15,18 7:17 7:18 8:20 10:24,25 11:17 14:8 15:5,10 17:16,17 18:9 18:13 20:7
**count**  16:9,16
**counterclaims**  12:10
**county**  20:3,6 20:17
**course**  8:7
**court**  1:2 16:23 16:25 17:23,24 17:25
**coverage**  7:24
**credit**  10:22,23
**creditor**  2:7 7:11 13:10 19:5
**creditors**  9:1,7 12:23 13:8

19:8
**csr**  1:13 20:16
**current**  7:25 8:14

**d**

**d**  3:5
**date**  5:11,23 6:1
**david**  2:4 3:6 9:23 11:16,19 13:4
**days**  16:8
**debt**  10:13 13:14,17,21,23 13:25
**debtor**  2:4,5 5:7,10,15,16,19 5:20,22 6:3,6 6:11 7:12,18 7:20,25 8:5 9:24 10:5,23 11:11 12:13 13:16 15:13 19:1,5
**debtors**  18:7
**debts**  7:2,16
**defendants**  17:21
**defer**  12:15
**delete**  16:21
**detailed**  14:10 14:10

**[details - individually]** Page 3

**details** 10:15
**development** 1:6
**different** 14:6
**digital** 4:6
**direct** 20:10
**direction** 20:12
**discussion** 18:23
**dm** 10:8
**dmtm** 6:19 7:23 9:20,22 9:25 10:1,4,10 10:16,23 11:2 11:13 13:15,17 13:21,23 15:10 15:22 16:16 17:21 18:7
**dmtm's** 10:22
**dollar** 12:6 13:10
**dollars** 10:11 13:14
**draws** 11:15
**due** 5:13,14 13:16

**e**

**e** 3:5
**earlier** 13:15
**east** 1:4 4:13 6:17 16:18 17:12

**either** 6:4 8:6 16:2
**employees** 6:18 6:19 7:1 10:20 11:1
**entire** 18:14
**entities** 7:17 15:14
**entity** 6:4 8:8 12:18
**equities** 13:9
**equity** 12:24
**et** 4:16 7:21
**event** 12:13
**examination** 3:9,10 4:9 9:12
**example** 14:5
**exist** 12:7
**expires** 20:17
**explain** 4:12,16 10:13 12:3
**exploring** 12:9
**extension** 5:13

**f**

**fancy** 4:7
**filar** 1:13 20:5 20:16
**file** 8:8 9:15 18:20
**filed** 5:10,12,13 5:14,17 8:10 10:17 11:12,20 13:18 18:17

**filing** 4:11 5:19 5:23 6:3 12:13
**finally** 16:8
**firm** 9:18
**first** 16:19
**flipping** 15:12
**floor** 9:1 16:19
**flow** 8:14
**flows** 9:25
**followup** 9:2,3
**form** 18:4,5
**fought** 12:7
**four** 11:3 14:6 14:6,20,24 15:6
**funds** 10:16 11:14

**g**

**gerringer** 6:10 8:20
**give** 7:22
**giving** 5:1
**go** 4:6 13:4
**goes** 9:25
**going** 17:24,25 18:20 19:6
**good** 4:4
**government** 4:5 6:4
**grocery** 16:19
**ground** 4:25 12:11,12,17

**guaranteed** 7:2
**guess** 8:13
**guy** 16:8
**guys** 9:16,18

**h**

**half** 10:11
**hear** 4:19,22 11:17
**heard** 4:21
**hearing** 19:6
**held** 5:17,18
**hello** 4:17
**help** 5:8
**hereinbefore** 20:9
**hold** 4:5 5:16
**hopefully** 17:9 17:10
**hourly** 10:20 11:10
**hours** 11:7
**hum** 6:12

**i**

**inaudible** 12:24 13:3,9 15:25 17:8 18:22
**include** 6:20
**incorporated** 6:6,14
**indiana** 8:9
**individually** 11:16

**information** 6:11 11:2

**inside** 14:21,22 15:14,24

**insider** 7:16 9:21 12:18 14:13,15 15:14 17:13

**insiders** 15:16 15:20

**insurance** 7:24

**interrupting** 13:5

**intricacies** 18:15

**iskin** 2:6 3:10 9:9,10,13 12:3 12:9,17 13:8 14:18 15:22 16:1 17:2,8,11 17:12 18:6,10 18:19,25

**j**

**jennifer** 2:3

**jointly** 1:5

**judge** 17:4

**k**

**katherine** 2:6 9:9

**kept** 8:7

**kevin** 6:9 8:20

**key** 5:18,21 13:24

**kind** 4:17 10:7

**know** 4:15,15 5:2 6:8 8:13 9:16 10:2,2,14 13:3 14:7,12 14:22 16:21 18:14

**knowledge** 18:20

**l**

**land** 5:2

**language** 12:12

**largest** 13:10

**lasalle** 1:4 6:17

**late** 16:8

**law** 9:18 18:13

**lawsuit** 11:22 17:19 18:1,4 18:12

**lease** 4:25 5:1,4 10:20 11:2 12:12,12,18 16:3,22,25 17:15

**leased** 6:19,25

**leases** 4:15 5:3 8:15 14:4,6,25

**legal** 18:2

**legally** 14:18

**lessee** 4:25

**letter** 16:7

**licenses** 8:4

**life** 5:4

**list** 10:10 11:21 11:22 12:23,23 13:8,9,13 14:24 15:9

**listed** 7:11 14:4

**litigation** 18:15

**little** 13:19

**llc** 1:4 4:13 17:22 18:7

**local** 12:24 13:9

**long** 6:6

**look** 10:15

**looking** 10:14 16:10

**looks** 14:5 15:22

**lorber** 2:6 9:19

**lot** 14:3

**m**

**m** 11:19

**macomb** 20:3,6 20:17

**made** 20:12

**main** 4:24 12:11

**maintenance** 6:21 7:21

**market** 16:18 17:12

**married** 14:18

**matter** 12:1

**matthews** 1:4 1:11 2:4 3:6 4:11,13,24 6:14,17 7:3,11 9:8,14,14,23 10:16 11:1,13 11:14,16,19,19 12:11,20,25 13:13,21,23 15:23 17:20,21 18:7,7

**mean** 8:11 9:18 10:2 14:2,12 16:6

**means** 5:25

**meeting** 1:11 18:16 19:8

**mentioned** 9:20

**michigan** 12:21 20:2,6

**million** 10:11 13:14,24

**minute** 19:6,8

**miscellaneous** 10:21

**money** 7:12 13:11,22,24

**month** 16:9

**motion** 16:25

**move** 19:2

**multiple** 14:4

**mute** 4:18,22 14:11

**[n - questions]**                                                              Page 5

| n | | | |
| --- | --- | --- | --- |
| **n** | 17:11,18 18:25 | **part**  1:11 | **potential**  12:10 |
| **n**  3:5 | 19:4,6 | **particular**  14:9 | 14:2 |
| **name**  7:22 | **old**  4:5,6,6 | **parties**  18:19 | **precise**  16:11 |
| 10:22 | **once**  17:3,4,15 | **partnership** | **preliminary** |
| **narrative**  6:9 | 19:2 | 9:15 | 12:6 |
| **nature**  10:13 | **ones**  9:16 | **past**  12:25 | **prepaid**  5:1 |
| 13:3 | **open**  9:1 | **pause**  19:6 | **previous**  5:14 |
| **need**  8:7 16:11 | **opened**  5:24 | **pay**  13:15,16 | **prior**  5:16 |
| **needs**  6:21 | **operate**  8:15,16 | 14:20 15:6 | **probably**  11:10 |
| **never**  16:17,17 | **operating**  8:19 | 16:6,18,19,21 | 11:25 |
| **new**  4:7,15 5:4 | **operation**  8:5 | **paying**  15:18 | **project**  11:8 |
| 5:24 | **order**  16:11 | 16:2,4 | **prokop**  2:3 3:9 |
| **notary**  20:5,17 | 17:4 | **pending**  16:24 | 4:4,10,19,23 |
| **note**  10:12 | **originated**  9:16 | **percent**  9:23 | 5:6 8:25 9:6,11 |
| **notes**  20:8 | **outside**  6:25 | **permits**  10:23 | 19:4 |
| | **outstanding** | **personal**  2:4 | **promissory** |
| o | 8:4 | 14:14,16 | 10:12 |
| **oberfell**  2:6 | **owe**  13:11,23 | **personally**  7:4 | **property**  15:14 |
| 9:19 | **owed**  7:2,11 | 7:13 11:14 | 15:17,23 |
| **office**  5:5 6:10 | 10:10 13:14,17 | **petition**  5:17 | **public**  20:5,17 |
| 8:2 | **owes**  13:24 | **ph**  6:10 14:5 | **purpose**  18:16 |
| **official**  8:13 | **own**  6:17 13:21 | **physically**  14:1 | **pursuing**  12:8 |
| **oh**  4:18,19,23 | **owned**  4:13 | **place**  10:4 20:9 | 12:14 |
| 11:16 | **owner**  9:23 | **plan**  17:6,9 | **put**  12:25 |
| **okay**  4:4,20,23 | **ownership**  9:21 | **plans**  17:2 | |
| 5:10 6:9,13,20 | **owns**  4:16 9:22 | **play**  18:5,12,18 | q |
| 6:24 7:2,10,16 | | **plays**  18:5 | **question**  10:3 |
| 7:20 8:2,10,12 | p | **please**  13:7 | 11:13,25 13:6 |
| 8:18,22,25 | **paid**  9:25 10:16 | 15:12 | 13:19 14:12,22 |
| 9:18,20 10:4 | 11:11,13,14,19 | **point**  9:1 18:17 | 15:19 16:11 |
| 10:16,19 11:1 | 16:9 | 18:25 19:3 | 17:5 18:2 19:5 |
| 11:4,6,9,21 | **paperwork** | **possession**  5:19 | **questions**  4:14 |
| 12:2,20 13:13 | 15:12 19:7 | 5:20 16:18 | 9:2,4,7,10 |
| 14:3 15:9 | | | 16:10 19:1,2 |

**[race - sure]**                                                  Page 6

| r | | s | |
|---|---|---|---|
| **race**  16:18 17:12 | **renting**  15:7 | **roughly**  10:10 11:1 13:13 | **sorry**  4:18 11:18 14:11 |

**r**

**race**  16:18 17:12
**really**  5:25
**rearrange**  19:7
**recall**  6:9
**receive**  17:24
**received**  8:3
**receivership** 12:24,25 13:9
**record**  4:8
**recorder**  4:7
**records**  5:24
**redevelopment** 11:22 17:20
**referring**  15:21
**regarding** 17:25
**reimbursement** 10:20,21
**reject**  16:25
**rejected**  17:15
**relationship** 14:9,15,16
**relief**  17:23
**removal**  18:17
**remove**  12:7 17:3,7,10
**removed**  17:22
**rent**  14:20 15:6 15:13,18 16:2 16:4,5,6,9,13 16:18,19

**renting**  15:7
**reorganization** 5:8
**rephrase**  16:3
**replied**  4:22
**report**  8:8,10
**reporting**  8:19 8:23
**reports**  6:1
**representative** 2:4
**required**  8:5
**requirements** 8:19,23
**resident**  14:24
**residential**  5:3 14:3,6,24 15:2
**resides**  14:21 14:22
**responses** 18:18,20
**responsibility** 8:22 20:11
**restate**  13:7,20
**returns**  5:10,12 5:14
**revenue**  9:24
**right**  4:11 5:6 5:15,22 6:6 7:2 7:21,24 8:12 8:18,18,25 9:6 9:20,24 11:21 14:17 16:2 17:8,18

**roughly**  10:10 11:1 13:13

**s**

**s**  9:15
**sale**  4:15
**says**  6:14
**schedules**  7:10 10:10 15:9
**school**  4:6
**se**  5:7
**second**  13:10
**secretary**  8:9
**see**  4:11 12:23 14:3 17:18
**seems**  18:2
**sell**  5:7
**send**  16:7
**sent**  6:9
**separate**  14:6 14:24
**service**  10:8,8,9 10:12
**several**  14:4 15:16
**shares**  9:22
**signature**  20:16
**signed**  5:2
**signs**  17:4
**singleton**  17:4
**software**  6:1 16:20
**sole**  9:23

**sorry**  4:18 11:18 14:11
**sound**  6:15
**sounds**  14:8
**south**  2:7 17:19
**space**  15:14,16 15:18 16:17 17:16
**specific**  9:21
**specifically** 15:2 17:25
**stance**  5:4
**start**  9:3
**started**  19:7
**state**  8:9 12:20 17:25 18:13 20:2,6
**stated**  13:15 15:2 20:9
**statement**  6:13
**states**  1:1
**stenographic** 20:8
**store**  16:19
**stuff**  4:5
**successfully** 8:16
**sufficient**  8:15
**supervision** 20:10
**supplies**  10:21
**sure**  16:16 18:15

**[take - yesterday]** Page 7

| t | |
|---|---|
| **take** 18:11 | |
| **taken** 11:15 20:8 | |
| **talking** 6:22 7:7 17:14 | |
| **tax** 5:10,12,14 | |
| **taxes** 9:15 | |
| **teeny** 4:7 | |
| **tell** 9:14,21 11:23 | |
| **tenant** 5:5 14:9 14:12 16:16 17:3,7,16 | |
| **tenants** 5:3 14:4 16:1,4,6 16:13,15 | |
| **termination** 12:12 | |
| **testified** 12:11 | |
| **thank** 4:23 5:6 5:15,22 6:2,20 6:24 7:10,24 8:14 9:6,11 19:4,8 | |
| **thing** 4:4 | |
| **think** 6:9 7:7 7:15 8:4,11 9:17 10:8,9 13:2 16:20,22 17:5 | |
| **third** 13:11 | |

**time** 20:9
**timely** 8:10
**times** 14:5
**tiny** 4:7
**took** 16:17
**transcribed** 1:13 20:10
**transcript** 20:8
**true** 20:7
**trustee** 2:3
**trustee's** 8:2,19
**two** 6:2 8:8 10:11 17:21

**u**

**u.s.** 8:2,19
**um** 6:12
**under** 20:10,12
**undersigned** 20:11
**understand** 5:25 8:22
**united** 1:1
**units** 14:6,20 15:6
**unliquidated** 12:10
**unpaid** 10:11
**unsecured** 13:14,25
**upstairs** 5:4
**use** 6:25 15:18 15:18

**uses** 10:22
**utilize** 10:24

**v**

**vacating** 17:16
**velvet** 14:5,13
**venue** 18:12
**voluntary** 12:13

**w**

**way** 16:3
**witness** 3:6 4:18,21,24 13:6 14:14 17:1 18:22
**work** 6:21 10:20 11:7,10

**x**

**x** 3:5

**y**

**yeah** 5:5 6:12 6:25 10:9,14 11:3 12:5 13:24 17:1 18:3,4,24
**year** 6:7 13:1
**years** 5:1 6:2 8:8
**yesterday** 16:8