UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>    Matthews 350 E LaSalle, LLC<br>        *Debtor(s)*<br><br>    Commerce Center Development, LLC<br>        *Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |
| Redevelopment Commission of the City of South Bend, Indiana,<br><br>        *Plaintiff,*<br><br>v.<br><br>Commerce Center Development, LLC; Matthews 350 E LaSalle, LLC; DMTM, Inc.; and Matthews LLC,<br><br>        *Defendants.* | Adv. Pro. No. 26-03011 |

## NOTICE TO APPEAR BY VIDEO

Defendants, Matthews 350 E LaSalle, LLC ("**350 E LaSalle**") and Commerce Center Development, LLC ("**CCD**"; together, the "**Defendants**"), by counsel, files its Notice indicating that the Defendants will appear, by counsel, by video at the Pretrial Conference set in this adversary proceeding, and in support state as follows:

1.     The Court has set this matter for a Pretrial Conference on May 20, 2026, at 10:00 a.m., Eastern Time (the "**Pretrial Conference**").

2.      The Court's Order setting the Pretrial Conference permits parties to appear by video, including via Microsoft Teams, provided the parties follow the Court's procedures for remote appearances.

3.      Undersigned counsel is based in Indianapolis, Indiana, and respectfully seeks to lessen travel time and travel expenses that would otherwise be incurred for an in-person appearance in South Bend.

4.      The Pretrial Conference is expected to be a routine conference in this type of matter, and Defendants respectfully request to participate without incurring additional fees and expenses associated with travel.

5.      Based on the foregoing, Defendants submit that good cause exists for undersigned counsel to appear by video at the Pretrial Conference.

**WHEREFORE,** Defendants, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC, respectfully notify the Court that undersigned counsel will appear by video (Microsoft Teams) for the Pretrial Conference set for May 20, 2026, at 10:00 a.m., Eastern Time, and request all other relief the Court deems just and proper.

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Attorney No. 27281-49
KROGER GARDIS & REGAS LLP
111 MONUMENT CIRCLE SUITE 900
Indianapolis, IN 46204
317-777-7443
woverturf@kgrlaw.com

*Attorneys for Defendants, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 4, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Matthew Anderson**    manderson@maylorber.com
**Anthony Thomas Carreri**    ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
**Katherine Everett Iskin**    kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
**Weston Erick Overturf**    woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com

I further certify that on May 4, 2026, a copy of the foregoing was mailed by first class United States mail, postage prepaid, and properly addressed to the following:

NONE

*/s/ Weston E. Overturf*
Weston E. Overturf