UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>    *Debtor(s)*<br><br>Commerce Center Development, LLC<br>    *Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |
| Redevelopment Commission of the City of<br>South Bend, Indiana,<br><br>    *Plaintiff*,<br><br>    v.<br><br>Commerce Center Development, LLC;<br>Matthews 350 E LaSalle, LLC; DMTM, Inc.;<br>and Matthews LLC,<br><br>    *Defendants.* | Adv. Pro. No. 26-03011 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

Defendants, DMTM, Inc. ("**DMTM**") and Matthews LLC ("**Matthews LLC**"; together, "**Defendants**"), by counsel, respectfully request an enlargement of time, to and including May 25, 2026, to answer or otherwise respond to Plaintiff's Discovery Requests, and in support states as follows:

1.     On January 20, 2023, Plaintiff, Redevelopment Commission of the City of South Bend, Indiana ("**Plaintiff**"), initiated an action in St. Joseph Superior Court (the "**State Court**"), under Cause No. 71D07-2301-PL-000020 (the "**State Court Action**"), by filing a *Complaint* against Commerce Center Development, LLC ("**CCD**"), only.

2.     On April 26, 2023, Plaintiff filed an *Amended Complaint* in the State Court

1

Action, which was again only against CCD.

3.    After years of litigation in the State Court Action, on October 29, 2025, Plaintiff filed a *Motion to Amend Complaint*, seeking to amend its complaint for a second time, but in this instance to add the following three (3) new defendants: (i) Matthews 350 E LaSalle, LLC, (ii) DMTM, and (iii) Matthews LLC.

4.    On February 5, 2026, over the objection of CCD, the State Court granted Plaintiff's *Motion to Amend Complaint*, and Plaintiff subsequently filed its *Second Amended Complaint* (the "**Second Amended Complaint**") on February 10, 2026 in the State Court Action.

5.    On March 10, 2026 (the "**Petition Date**"), Matthews 350 and CCD (together, "**Debtors**") each filed a Voluntary Petition under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").[1]

6.    On April 3, 2026, Debtors filed a *Notice of Removal of Pending Lawsuit Cause No. 71D07-2301-PL-000020 to the United States Bankruptcy Court, Northern District of Indiana, South Bend Division* [Bankruptcy Case Filing No. 54] (the "**Notice of Removal**"), pursuant to 28 U.S.C. §§ 1334, 1441, and 1452, and Rules 9027 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), which removed the State Court Action to this Court and initiated the above-captioned adversary proceeding.

7.    On April 23, 2026, Plaintiff filed its Statement of Non-Consent to Entry of Final Orders and Judgments Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3) ("**Statement of Non-Consent**").

---

[1] On March 19, 2026, this Court entered an *Order for Joint Administration* [Bankruptcy Case Filing No. 38], wherein this Court ordered Debtors cases to be jointly administered under the Matthews 350 case, Case No. 26-30288-pes (the "**Bankruptcy Case**").

8.      On March 25, 2026, Plaintiff served DMTM with its First Set of Interrogatories and First Request for Production of Documents ("**DMTM Discovery Requests**").

9.      Also on March 25, 2026, Plaintiff served Matthews LLC with its First Set of Interrogatories and First Request for Production of Documents ("**Mattews Discovery Requests**", together with DMTM Discovery Requests, the "**Discovery Requests**").

10.     Pursuant to Indiana Trial Rules 26 and 34, Defendants deadline to respond to the Discovery Requests is currently April 24, 2026.

11.     Defendants respectfully request a thirty (30) day extension of time to respond to the Discovery Requests.

12.     The requested extension is not made for purpose of undue delay or any other improper or dilatory purpose, but rather to give the Court time to decide if this litigation will continue in Bankruptcy Court or Federal District Court.

**WHEREFORE**, DMTM, Inc. and Matthews LLC, by counsel, respectfully request the Court enter an Order extending Defendants deadline to respond to Plaintiff's Discovery Requests, for thirty (30) days, to and including May 25, 2026, and granting Defendants all other relief the Court deems just and proper.

Respectfully submitted,

*/s/ Marcellus M. Lebbin*
Marcellus M. Lebbin, Atty. No. 25674-71
LEBBIN LAW OFFICE
401 E. Colfax Ave., Suite 180
South Bend, IN 46617
(574) 208-4215
marcel@lebbinlaw.com

*Attorney for Defendants, DMTM, Inc.*
*and Matthews LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Matthew Anderson**     manderson@maylorber.com
- **Anthony Thomas Carreri**     ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Katherine Everett Iskin**     kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Weston Erick Overturf**     woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com

I further certify that on April 24, 2026, a copy of the foregoing was mailed by first class United States mail, postage prepaid, and properly addressed to the following:

NONE

*/s/ Marcellus M. Lebbin*
Marcellus M. Lebbin