UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of: | |
| Matthews 350 E LaSalle, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11 |
| Commerce Center Development, LLC<br>*Debtor(s)* | (Jointly Administered) |
| Redevelopment Commission of the City of South Bend, Indiana,<br><br>*Plaintiff*,<br><br>v.<br><br>Commerce Center Development, LLC; Matthews 350 E LaSalle, LLC; DMTM, Inc.; and Matthews LLC,<br><br>*Defendants.* | Adv. Pro. No. 26-03011 |

## ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY REQUESTS

This matter, having come before the Court on *Defendants' Motion for Enlargement of Time to Respond to Discovery Requests* (the "**Motion**") filed by Defendants, DMTM, Inc. and Matthews LLC (together, "**Defendants**")*;*

And the Court, having reviewed the Motion and being duly advised in the premises, now finds that the Motion should be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the deadline for Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint is extended to and including May 25, 2026.

**SO ORDERED.**

Dated: _____

_____
Judge, Northern District of Indiana
Bankruptcy Court