UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

|  |  |
|---|---|
| IN RE:<br><br>MATTHEWS 350 E LASALLE LLC,<br>  *Debtor*.<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>  *Debtor*. | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |
| REDEVELOPMENT COMMISSION OF THE CITY OF SOUTH BEND, INDIANA,<br>  *Plaintiff*,<br><br>vs.<br><br>MATTHEWS 350 E LASALLE LLC &<br>COMMERCE CENTER DEVELOPMENT, LLC,<br>  *Defendants*. | Adv No. 26-03011-pes |

**Order Addressing Pending Motions**

In late April 2026, the Court set a status hearing for May 20, 2026, at 10:00 a.m., eastern time. [Doc 9.] After the Court issued that Order, the following motions were filed:

      (1)    Motion to Remand and to Abstain [Doc 11];

      (2)    Motion for Extension of Time to Respond to Discovery [Doc 19];

      (3)    Commerce Center's Motion to Extend Time to Answer Second Amended Complaint [Doc 20]; and

      (4)    DMTM, Inc., and Matthews LLC's Motion to Extend Time to Answer Second Amended Complaint. [Doc 21.]

-2-

The Court will address these matters at the May 20 status hearing.

SO ORDERED.

Date: <u>May 15, 2026</u>   <u>*Paul E. Singleton*</u>

PAUL E. SINGLETON
*United States Bankruptcy Judge*