# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755−3 | User: admin | Date Created: 5/15/2026 |
| Case: 26−03011−pes | Form ID: pdf004 | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla        Redevelopment Commission of the City of South Bend, Indiana
intp       KeyBank National Association

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
aty        Anthony Thomas Carreri     ACarreri@kgrlaw.com
aty        Christopher C. Hagenow     chagenow@tbmattorneys.com
aty        Katherine Everett Iskin     kiskin@maylorber.com
aty        Marcellus Lebbin     lebbin@gmail.com
aty        Matthew Anderson     manderson@maylorber.com
aty        Miranda Bernadac     mbernadac@tbmattorneys.com
aty        Weston Erick Overturf     woverturf@kgrlaw.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft        Matthews 350 E LaSalle LLC     401 E. Colfax Ave., Suite 277     South Bend, IN 46617
dft        Commerce Center Development, LLC     401 E Colfax Ave. Suite 277     South Bend, IN 46617
dft        DMTM, INC     401 E Colfax Ave     Suite 180, Box 2     South Bend, IN 46617
dft        Matthews, LLC     401 E Colfax Ave     Suite 180, Box 2     South Bend, IN 46617
smg       Indiana Employment Security Division     10 North Senate Street     Indianapolis, IN 46204
ust        United States Trustee     100 East Wayne Street, 5th Floor     South Bend, IN 46601−2349

TOTAL: 6