**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA (SOUTH BEND)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MATTHEWS 350 E LASALLE LLC, et al. | ) | CASE NO. 26-30288-pes |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| COMMERCE CENTERED DEVELOPMENT LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | | |
| REDEVELOPMENT COMMISSION OF THE | ) | |
| CITY OF SOUTH BEND, INDIANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 26-3011-pes |
| | ) | |
| COMMERCE CENTER DEVELOPMENT, | ) | |
| LLC; MATTHEWS 350 E LASALLE, LLC; | ) | |
| DMTM, INC.; AND MATTHEWS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE TO APPEAR BY VIDEO</u>**

KeyBank National Association ("KeyBank"), by counsel, hereby files its Notice indicating that it will appear, by counsel, by video at the pretrial conference scheduled to occur on May 20, 2026 at 10:00 a.m., and in support states as follows:

1.     Christopher C. Hagenow and Miranda Weiss Bernadac of the law firm of Tuohy Bailey & Moore, LLP filed appearances on behalf of KeyBank National Association, an interested party herein, based on KeyBank's status as a creditor in the bankruptcy case: In the Matter of Matthews 350 E LaSalle, LLC, Case No. 26-30288-pes (Chapter 11).

2.     The Court has set this matter for a pretrial conference on May 20, 2026, at 10:00 a.m., eastern time, via Order of April 28, 2026.  That Order permits the appearance of the parties via Microsoft Teams provided the procedures outlined on the Court's Website are followed.

3.      The office of Tuohy Bailey & Moore, LLP, is located in Indianapolis and the travel time and expenses that would be incurred for an in-person appearance in South Bend are considerable.

4.      The Order scheduling the pretrial conference provided for videoconferencing appearance and KeyBank respectfully requests that it be allowed to appear by counsel, via videoconferencing, for the May 20, 2026 pretrial conference.

**WHEREFORE,** KeyBank hereby respectfully notifies the Court that its counsel will appear by video (Microsoft Teams) for the pretrial conference on May 20, 2026, at 10:00 a.m., eastern time.

Respectfully submitted,

TUOHY BAILEY & MOORE LLP

By:      */s/ Christopher C. Hagenow*
Christopher C. Hagenow
Attorney No. 16730-49
TUOHY BAILEY & MOORE LLP
9294 N Meridian
Indianapolis, Indiana 46260
(317) 638-2400
chagenow@tbmattorneys.com
*Counsel for Interested Party, KeyBank National Association*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically this 18th day of May 2026.  Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system.  I hereby further certify that I caused a copy of the foregoing to be served via U.S. Mail, First Class, postage prepaid upon the parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing systems.

*/s/ Christopher C. Hagenow*
Christopher C. Hagenow