UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of: | |
| Matthews 350 E LaSalle, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11 |
| Commerce Center Development, LLC<br>*Debtor(s)* | (Jointly Administered) |
| Redevelopment Commission of the City of South Bend, Indiana,<br><br>*Plaintiff,*<br><br>v.<br><br>Commerce Center Development, LLC; Matthews 350 E LaSalle, LLC; DMTM, Inc.; and Matthews LLC,<br><br>*Defendants.* | Adv. Pro. No. 26-03011 |

## <u>AGREED SCHEDULING ORDER ON<br>PLAINTIFF'S MOTION FOR REMAND AND TO ABSTAIN</u>

Defendants, Matthews 350 E LaSalle, LLC ("**350 E LaSalle**") and Commerce Center Development, LLC ("**CCD**"; together, the "**Defendants**"), by counsel, and Plaintiff, Redevelopment Commission of the City of South Bend, Indiana ("**Plaintiff**"), by counsel, jointly file this *Agreed Scheduling Order on Plaintiff's Motion for Remand and to Abstain* [Filing No. 11] (the "**Motion to Remand**") as follows:

Defendants shall have through and including July 2, 2026 to file a response to the Motion to Remand.

Plaintiff shall have through and including July 30, 2026 to file a reply in support of the Motion to Remand.

SO ORDERED.

Dated:    June 3, 2026

*Paul E. Singleton*

Judge Paul E. Singleton
United States Bankruptcy Court

SEEN AND APPROVED:

*/s/ Katherine E. Iskin*
Katherine E. Iskin (33679-71)
Matthew J. Anderson (27511-71)
MAY OBERFELL LORBER LLP
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: 574-243-4100
E-mail: kiskin@maylorber.com
manderson@maylorber.com

*Attorneys for Plaintiff, Redevelopment Commission of the City of South Bend, Indiana*

*/s/ Marcellus M. Lebbin*
Marcellus M. Lebbin (25674-71)
Lebbin Law Office
401 East Colfax Avenue, Ste. 180
South Bend, Indiana 46617
(574) 208-4215
lebbin@gmail.com

*Attorney for Defendants, DMTM, Inc. and Matthews, LLC*

*/s/ Weston E. Overturf*
Weston E. Overturf, Atty No. 27281-49
Anthony T. Carreri, Atty. No. 36107-49
KROGER, GARDIS & REGAS, L.L.P.
111 MONUMENT CIRCLE SUITE 900
Indianapolis, IN 46204
317-777-7443
woverturf@kgrlaw.com

*Attorneys for Defendants, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC*

2