# Notice Recipients

District/Off: 0755–3          User: admin                    Date Created: 6/3/2026
Case: 26–03011–pes          Form ID: pdf004              Total: 10


**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla          Redevelopment Commission of the City of South Bend, Indiana

                                                                            TOTAL: 1


**Recipients of Notice of Electronic Filing:**
aty          Katherine Everett Iskin          kiskin@maylorber.com
aty          Marcellus Lebbin          lebbin@gmail.com
aty          Matthew Anderson          manderson@maylorber.com
aty          Weston Erick Overturf          woverturf@kgrlaw.com

                                                                            TOTAL: 4


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          Matthews 350 E LaSalle LLC          401 E. Colfax Ave., Suite 277          South Bend, IN 46617
dft          Commerce Center Development, LLC          401 E Colfax Ave. Suite 277          South Bend, IN 46617
dft          DMTM, INC          401 E Colfax Ave          Suite 180, Box 2          South Bend, IN 46617
dft          Matthews, LLC          401 E Colfax Ave          Suite 180, Box 2          South Bend, IN 46617
ust          United States Trustee          100 East Wayne Street, 5th Floor          South Bend, IN 46601–2349 USA

                                                                            TOTAL: 5