UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

*IN RE:*
MATTHEWS 350 E LASALLE LLC,
*Debtor.*

COMMERCE CENTER DEVELOPMENT, LLC,
*Debtor.*

Case No.: 26-30288-pes
Chapter 11

(Jointly Administered)

REDEVELOPMENT COMMISSION OF THE CITY OF SOUTH BEND, INDIANA,
*Plaintiff,*

vs.

MATTHEWS 350 E LASALLE LLC & COMMERCE CENTER DEVELOPMENT, LLC,
*Defendants.*

Adv No. 26-03011-pes

**Order Granting Motion for Remand and to Abstain**

On August 26, 2026, the Court held a hearing on Doc 11, Plaintiff Redevelopment Commission's Motion for Remand and to Abstain. For the reasons stated in open court, the Court GRANTED the motion. The Court:

(1) Abstains from exercising its jurisdiction in this case;

(2) Remands 71D07-2301-PL-000020 (the "State Action") to the St. Joseph Superior Court.

SO ORDERED.

Dated: August 27, 2026

*Paul E. Singleton*
Paul E. Singleton, Judge
United States Bankruptcy Court