# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755−3 | User: admin | Date Created: 8/27/2026 |
| Case: 26−03011−pes | Form ID: pdf004 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| dft | Matthews 350 E LaSalle LLC | 401 E. Colfax Ave., Suite 277 | South Bend, IN 46617 |
| dft | Commerce Center Development, LLC | 401 E Colfax Ave. Suite 277 | South Bend, IN 46617 |

TOTAL: 2